UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **PRESIDENTS' ALLIANCE ON HIGHER EDUCATION AND IMMIGRATION, Student Doe 1, Student Doe 2, Student Doe 3, Student Doe 4, Student Doe 5,**<br><br>*Plaintiffs*,<br><br>**PAM BONDI, Attorney General of the United States KRISTI NOEM, in her official capacity as Secretary of Homeland Security; TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; the DEPARTMENT OF HOMELAND SECURITY,**<br><br>*Defendants.* | CIVIL ACTION<br>Case No. 25-cv-11109-PBS<br><br><br>Date: June 27, 2025 |

## NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN PLAINTIFFS PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Student Doe 1, Student Doe 2, Student Doe 3 and Student Doe 5 in the above-entitled action, hereby give notice that they voluntarily dismiss their claims from this action. Defendants have not served an answer or motion for summary judgement in this action. Accordingly, this notice effects a dismissal without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B).

DATED: June 27, 2025

Respectfully submitted,

*/s/ Kerry E. Doyle*
Kerry E. Doyle, Esq.
MA Bar No. 565648
Attorney for Plaintiffs
Green & Spiegel, LLC
1524 Delancey Street, Floor 4
Philadelphia, PA 19102
Phone: (215) 395-8959
Fax: (215) 330-5311
kdoyle@gands-us.com

Khaled Alrabe**
NY Bar Reg. No. 5542311
Cal. Bar No. 349899
National Immigration Project
1763 Columbia Road NW
Suite 175 #896645
Washington, DC 20009
Phone: (617) 227-9727
Fax: (617) 227-5495
***Motion for pro hac vice approved*

Sirine Shebaya**
DC Bar No. 1019748
National Immigration Project
1763 Columbia Road NW
Suite 175 #896645
Washington, DC 20009
Phone: (617) 227-9727
Fax: (617) 227-5495
***Motion for pro hac vice approved*

Stephen J. Antwine, Esq.**
PA Bar No. 309379
Attorney for Plaintiffs
Green & Spiegel, LLC
1524 Delancey Street, Suite 4
Philadelphia, Pennsylvania 19101
Phone: (215) 395-8959
Fax: (215) 330-5311
santwine@gands-us.com
***Motion for pro hac vice approved*

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2025, I electronically filed the foregoing **Notice of Voluntary Dismissal of Certain Plaintiffs** with the Clerk of the Court using the CM/ECF system, and that in accordance with Fed. R. Civ. P. 5, all counsel of record shall be served electronically through such filing.

                Respectfully submitted,

                <u>*/s/ Kerry E. Doyle*</u>
                Kerry E. Doyle, Esq.
                MA Bar No. 565648
                Attorney for Plaintiffs
                Green & Spiegel, LLC
                1524 Delancey Street, Floor 4
                Philadelphia, PA 19102
                Phone: (215) 395-8959
                Fax: (215) 330-5311
                kdoyle@gands-us.com