UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENTS' ALLIANCE ON HIGHER EDUCATION AND IMMIGRATION, Student Doe 4<br><br>*Plaintiffs*,<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security; TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; the DEPARTMENT OF HOMELAND SECURITY; MARCO RUBIO, in his official capacity as Secretary as Secretary of State; and the DEPARTMENT OF STATE,<br><br>*Defendants.* | CIVIL ACTION<br>Case No. 25-cv-11109-PBS<br><br><br>Date: August 4, 2025 |

## NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN PLAINTIFF PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Student Doe 4, in the above-entitled action, hereby gives notice that he voluntarily dismissed his claims from this action. Defendants have not served an answer or motion for summary judgement in this action. Accordingly, this notice effects a dismissal without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B).

DATED: August 4, 2025

                                                Respectfully submitted,

                                                */s/ Kerry E. Doyle*
                                                Kerry E. Doyle, Esq.
                                                MA Bar No. 565648
                                                Attorney for Plaintiffs

        Green & Spiegel, LLC
        1524 Delancey Street, Floor 4
        Philadelphia, PA 19102
        Phone: (215) 395-8959
        Fax: (215) 330-5311
        kdoyle@gands-us.com

        Khaled Alrabe**
        NY Bar Reg. No. 5542311
        Cal. Bar No. 349899
        National Immigration Project
        1763 Columbia Road NW
        Suite 175 #896645
        Washington, DC 20009
        Phone: (617) 227-9727
        Fax: (617) 227-5495
        ***Motion for pro hac vice approved*

        Sirine Shebaya**
        DC Bar No. 1019748
        National Immigration Project
        1763 Columbia Road NW
        Suite 175 #896645
        Washington, DC 20009
        Phone: (617) 227-9727
        Fax: (617) 227-5495
        ***Motion for pro hac vice approved*

        Stephen J. Antwine, Esq.**
        PA Bar No. 309379
        Attorney for Plaintiffs
        Green & Spiegel, LLC
        1524 Delancey Street, Suite 4
        Philadelphia, Pennsylvania 19101
        Phone: (215) 395-8959
        Fax: (215) 330-5311
        santwine@gands-us.com
        ***Motion for pro hac vice approved*

### CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2025, I electronically filed the foregoing **Notice of Voluntary Dismissal of Certain Plaintiffs** with the Clerk of the Court using the CM/ECF system, and that in accordance with Fed. R. Civ. P. 5, all counsel of record shall be served electronically through such filing.

        Respectfully submitted,

        */s/ Kerry E. Doyle*
        Kerry E. Doyle, Esq.
        MA Bar No. 565648

Attorney for Plaintiffs
Green & Spiegel, LLC
1524 Delancey Street, Floor 4
Philadelphia, PA 19102
Phone: (215) 395-8959
Fax: (215) 330-5311
kdoyle@gands-us.com