**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| PRESIDENTS' ALLIANCE ON HIGHER EDUCATION AND IMMIGRATION, *et al.*,<br><br>　　　　　*Plaintiffs*,<br><br>　v.<br><br>KRISTI NOEM, *in her official capacity as Secretary of Homeland* Security, et al.,<br><br>　　　　　*Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 1:25-cv-11109-PBS

**DEFENDANTS' MOTION TO DISMISS**
**PLAINTIFFS' FIRST AMENDED COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendants hereby move this Court to dismiss Plaintiffs' First Amended Complaint (ECF 14). The grounds for this motion are set forth in the accompanying memorandum of points and authorities and exhibits attached hereto.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ALESSANDRA FASO
Acting Assistant Director

By: */s/ Alexandra McTague*
ALEXANDRA MCTAGUE
NY Bar No. 4342911
Senior Litigation Counsel
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station

Washington, DC 20044
Phone: (202) 718-0483
Fax: (202) 305-7000
e-mail: alexandra.mctague2@usdoj.gov
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2025, I electronically filed the foregoin with the Clerk of the Court by using the CM/ECF system, which will provide electronic notice and an electronic link to this document to all attorneys of record.

By: */s/ Alexandra McTague*
ALEXANDRA MCTAGUE
Senior Litigation Counsel
United States Department of Justice
Civil Division

2