**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

PRESIDENTS' ALLIANCE ON HIGHER
EDUCATION AND IMMIGRATION *et al.*,

              Plaintiffs,

    vs.

KRISTI NOEM, *in her official capacity as*
*Secretary of Homeland Security et al.*,

              Defendants.

Civil Action No. 1:25-cv-11109-PBS

## UNOPPOSED MOTION TO WITHDRAW

Attorneys Alexandra McTague hereby moves to withdraw from representation of the

Defendant in this matter on behalf of herself, and on behalf of Attorney Alessandra Faso, and to

be removed from all ECF Notifications. In support of this motion, the undersigned attorney states

as follows:

1.      Both Alexandra McTague and Alessandra Faso have moved to a new division

within the Department of Justice as of March 2026. They are no longer with the Office of

Immigration Litigation.  As a result of those moves, neither Alexandra McTague nor Alessandra

Faso is responsible for this case within the Department of Justice.

2.      Attorney Nancy Safavi, who previously entered her appearance in this case,

remains responsible for representing the defendants in this case.

3.      The undersigned attorney consulted with opposing counsel who indicated that

plaintiff does not oppose this motion to withdraw.

1

WHEREFORE, the undersigned attorney respectfully requests that this Court grant this motion to withdraw both Alexandra McTague and Alessandra Faso from representing the Defendants in this case, and from ECF notices.

DATED:  April 9, 2026                          Respectfully submitted,

                                               BRETT A. SHUMATE
                                               Assistant Attorney General

                                               ALESSANDRA FASO
                                               Senior Litigation Counsel

                                               By: *s/ Alexandra McTague*
                                               ALEXANDRA MCTAGUE
                                               Senior Litigation Counsel
                                               United States Department of Justice
                                               Civil Division
                                               Enforcement & Affirmative Litigation Branch
                                               450 5th St NW
                                               Washington, DC 20001
                                               Tel: (202) 718-0483
                                               Email: alexandra.mctague2@usdoj.gov

CERTIFICATE OF SERVICE

I certify that On April 9, 2026, I filed the foregoing document via the CM/ECF system which will serve all counsel of record in this action.

                                               */s/ Alexandra McTague*
                                               Alexandra McTague
                                               Senior Litigation Counsel
                                               U.S. Department of Justice