IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENTS' ALLIANCE ON HIGHER EDUCATION AND IMMIGRATION; ASSOCIATION OF INDEPENDENT COLLEGES AND UNIVERSITIES IN MASSACHUSETTS,<br><br>Plaintiffs<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security; TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; the DEPARTMENT OF HOMELAND SECURITY; MARCO RUBIO, in his official capacity as Secretary as Secretary of State; and the DEPARTMENT OF STATE,<br><br>Defendants. | Civil Action No. 1:25-cv-11109-PBS |

**JOINT STIPULATION AND REQUEST FOR EXTENSION OF TIME TO FILE LOCAL RULE 16.1(d) JOINT STATEMENT AND PROPOSED PRE-TRIAL SCHEDULE**

The parties, by and through undersigned counsel, hereby stipulate and respectfully request that the Court extend the deadline to file the parties' Local Rule 16.1(d) joint statement and proposed pretrial schedule to May 14, 2026. In support, the parties state as follows:

1.      The Court's April 9, 2026, Notice of Scheduling Conference set an initial scheduling conference for May 18, 2026.

2.      Under the Court's Notice, the parties' Local Rule 16.1(d) joint statement and proposed pretrial schedule is due seven business days before the scheduling conference, making the current deadline May 7, 2026.

3.      The parties met and conferred on April 27, 2026 regarding the preparation of the Local Rule 16.1 joint statement and proposed pretrial schedule. The parties had a good-faith misunderstanding regarding the applicable due date, specifically whether the filing was due seven calendar days or seven business days before the scheduling conference.

4.      On Monday, May 4, Plaintiffs submitted a draft 26(f) report and a proposed settlement agreement to Defendants based upon the April 27 meet and confer.

5.      Defendants require a short additional period to obtain and finalize agency positions for inclusion in the joint report and Plaintiffs do not oppose.

6.      The parties therefore stipulate and respectfully request that the deadline to file the Rule 26(f) report be extended to May 14, 2026.

7.      This requested extension would not alter any other deadline or the May 18, 2026 hearing date unless otherwise ordered by the Court.

8.      The parties respectfully submit that a short extension will permit completion of a joint filing and will aid the Court by providing a more complete and accurate proposed schedule.

Date: May 7, 2026                                    Respectfully Submitted,

                                                    */S/ Kerry E. Doyle*
                                                    Kerry E. Doyle (MA BBO #565648)
                                                    Stephen J. Antwine (Pa. Bar #
                                                    309379)*
                                                    GREEN & SPIEGEL, LLC
                                                    1524 Delancey Street, Floor 4
                                                    Philadelphia, PA 19102

Phone: (215) 395-8959
Fax: (215) 330-5311
kdoyle@gands-us.com
santwine@gands-us.com

Sirine Shebaya (D.C. Bar # 1019748)*
Khaled Alrabe (Cal. Bar # 349899)*
NATIONAL IMMIGRATION PROJECT
1763 Columbia Road NW
Suite 175 #896645
Washington, DC 20009
Phone: (617) 227-9727
Fax: (617) 227-5495
sirine@nipnlg.org
khaled@nipnlg

David Zimmer (MA BBO #692715)
Julia Solomon-Straus (NY Reg. #
5879416)
ZIMMER, CITRON & CLARKE LLP
130 Bishop Allen Dr.
Cambridge, MA 02139
617.676.9421
dzimmer@zimmercitronclarke.com

and

*/s/ Nancy N. Safavi*
Nancy N. Safavi
Senior Trial Attorney
TXBN 24042342
Office of Immigration Litigation
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 514-9875
Nancy.Safavi@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was electronically filed on May 7, 2026, with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

*/s/ Kerry E. Doyle*
Kerry E. Doyle

3