**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| PRESIDENTS' ALLIANCE ON HIGHER EDUCATION AND IMMIGRATION and ASSOCIATION OF INDEPENDENT COLLEGES AND UNIVERSITIES IN MASSACHUSETTS,<br><br>*Plaintiffs*,<br><br>v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; the DEPARTMENT OF HOMELAND SECURITY; MARCO RUBIO, in his official capacity as Secretary as Secretary of State; and the DEPARTMENT OF STATE,<br><br>*Defendants*. | Case No. 25-cv-11109-PBS<br><br><br><br>Date: May 26, 2026 |

**STATUS REPORT ON ALTERNATIVE DISPUTE RESOLUTION**

On May 18, 2026, the Court issued an Electronic Order directing that "Parties shall file a status report by 5/26/2026 re: ADR." As noted at the Scheduling Conference held that same date, in compliance with Local Rule 16.1(c), Plaintiffs delivered a settlement proposal to Defendants on May 4, 2026. On May 22 and May 26, Plaintiffs' counsel contacted Defendants' counsel via email seeking Defendants' position on settlement. On May 26, Defendants' counsel stated via email, "The government does not believe that we need to agree to a magistrate at this time for ADR."

DATED: May 26, 2026

Respectfully submitted,

*/s/ Jacob Tuttle Newman*
George P. Varghese (MA BBO #706861)
Jacob Tuttle Newman (MA BBO #712110)
Asma S. Jaber (MA BBO #707322)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Phone: (617) 526-6000
Fax: (617) 526-5000
george.varghese@wilmerhale.com
jacob.tuttlenewman@wilmerhale.com
asma.jaber@wilmerhale.com

Kerry E. Doyle (MA BBO #565648)
Stephen J. Antwine (Pa. Bar # 309379)*
GREEN & SPIEGEL, LLC
1524 Delancey Street, Floor 4
Philadelphia, PA 19102
Phone: (215) 395-8959
Fax: (215) 330-5311
kdoyle@gands-us.com
santwine@gands-us.com

Sirine Shebaya (D.C. Bar # 1019748)*
Khaled Alrabe (Cal. Bar # 349899)*
NATIONAL IMMIGRATION PROJECT
1763 Columbia Road NW
Suite 175 #896645
Washington, DC 20009
Phone: (617) 227-9727
Fax: (617) 227-5495
sirine@nipnlg.org
khaled@nipnlg.org

*Counsel for Plaintiffs Presidents' Alliance on
Higher Education and Immigration and
Association of Independent Colleges and
Universities in Massachusetts*

David Zimmer (MA BBO #692715)
Julia Solomon-Strauss (MA BBO pending)*
ZIMMER, CITRON & CLARKE LLP

130 Bishop Allen Dr.
Cambridge, MA 02139
Phone: (617) 676-9421
dzimmer@zimmercitronclarke.com
julia@zimmercitronclarke.com

*Counsel for Plaintiff Presidents' Alliance on
Higher Education and Immigration*

*\*Motion for admission pro hac vice granted*

/s/ Nancy N. Safavi
Nancy N. Safavi (TXBN #24042342)
Senior Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice
P.O. Box 868 Ben Franklin Station
Washington, DC 20044
Phone: (202) 514-9875
nancy.safavi@usdoj.gov

*Counsel for Defendants*