**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| PRESIDENTS' ALLIANCE ON HIGHER EDUCATION AND IMMIGRATION and ASSOCIATION OF INDEPENDENT COLLEGES AND UNIVERSITIES IN MASSACHUSETTS, <br><br> *Plaintiffs*, <br><br> v. <br><br> MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security[1]; TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; the DEPARTMENT OF HOMELAND SECURITY; MARCO RUBIO, in his official capacity as Secretary as Secretary of State; and the DEPARTMENT OF STATE, <br><br> *Defendants*. | Case No. 25-cv-11109-PBS <br><br><br> Date: June 11, 2026 |

**JOINT STIPULATION TO EXTEND TIME TO FILE THE CERTIFIED**
**ADMINISTRATIVE RECORD**

The parties hereby stipulate to an extension of time for Defendants to file the Certified

Administrative Record in this case from June 11, 2026 to June 15, 2026.  On June 10, 2026,

counsel for Defendants, Nancy N. Safavi, informed Plaintiffs' counsel that she is sick and is

unable to file the record today.  Given the foregoing representation, Plaintiffs' counsel agreed

to this extension request.  Therefore, the parties stipulate and request that the Court grant the

five-day extension of time to file the record from June 11, 2026 to June 15, 2026.

---

[1] Secretary of Homeland Security Markwayne Mullin is automatically substituted for the former officeholder, Kristi Noem, Fed. R. Civ. P. 25(d).

June 11, 2026                        Respectfully Submitted,


                                    */s/ Nancy N. Safavi*
                                    Nancy N. Safavi (TXBN #24042342)
                                    Senior Trial Attorney
                                    Office of Immigration Litigation
                                    U.S. Department of Justice
                                    P.O. Box 868 Ben Franklin Station
                                    Washington DC 20044
                                    Phone: (202) 514-9875
                                    Nancy.Safavi@usdoj.gov

                                    Counsel for Defendants

DATED: June 11, 2026                *Assented to by Plaintiffs' Counsel*