**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| PRESIDENTS' ALLIANCE ON HIGHER EDUCATION AND IMMIGRATION and ASSOCIATION OF INDEPENDENT COLLEGES AND UNIVERSITIES IN MASSACHUSETTS, <br><br> *Plaintiffs*, <br><br> v. <br><br> MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security[1]; TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; the DEPARTMENT OF HOMELAND SECURITY; MARCO RUBIO, in his official capacity as Secretary as Secretary of State; and the DEPARTMENT OF STATE, <br><br> *Defendants*. | Case No. 25-cv-11109-PBS <br><br><br> Date: June 15, 2026 |

## NOTICE OF SERVICE OF CERTIFIED ADMINISTRATIVE RECORD

Defendants hereby provide notice to this Court that on June 15, 2026, Defendants counsel, Nancy N. Safavi, served Plaintiffs' counsel with the Certified Administrative Record ("CAR") for this case.  Counsel for Plaintiffs confirmed receipt.  Defendants have designated the CAR as Attorneys' Eyes Only ("AEO"), and Plaintiffs' counsel agrees to treat the CAR produced this evening by the government as AEO on a provisional basis until further agreement of the parties or order of the Court.

---

[1] Secretary of Homeland Security Markwayne Mullin is automatically substituted for the former officeholder, Kristi Noem, Fed. R. Civ. P. 25(d).

June 15, 2026

Respectfully Submitted,

*/s/ Nancy N. Safavi*
Nancy N. Safavi (TXBN #24042342)
Senior Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice
P.O. Box 868 Ben Franklin Station
Washington DC 20044
Phone: (202) 514-9875
Nancy.Safavi@usdoj.gov

Counsel for Defendants