**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| PRESIDENTS' ALLIANCE ON HIGHER EDUCATION AND IMMIGRATION; and ASSOCIATION OF INDEPENDENT COLLEGES AND UNIVERSITIES IN MASSACHUSETTS<br><br>*Plaintiffs*,<br><br>v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; DAVID VENTURELLA, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; the DEPARTMENT OF HOMELAND SECURITY; MARCO RUBIO, in his official capacity as Secretary of State; and the DEPARTMENT OF STATE,<br><br>*Defendants*. | Case No. 25-cv-11109-PBS |

**PLAINTIFFS' MOTION FOR LEAVE TO CONDUCT LIMITED DISCOVERY**
**TO COMPLETE AND SUPPLEMENT THE ADMINISTRATIVE RECORD**

Plaintiffs respectfully request this Court to grant their motion for leave to conduct limited discovery to complete and supplement the administrative record previously submitted by Defendants.

This motion is based on the accompanying memorandum of law, the declaration of Jake Tuttle Newman and exhibits thereto, as well as upon such further briefs, argument, or other information as may be submitted to the Court.

1

Respectfully submitted,

/s/ *George P. Varghese*
George P. Varghese (MA BBO # 706861)
Jacob Tuttle Newman (MA BBO # 712110)
Asma Jaber (MA BBO # 707322)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
60 State Street
Boston, MA 02109
Phone: (617) 526-6000
george.varghese@wilmerhale.com
jacob.tuttlenewman@wilmerhale.com
asma.jaber@wilmerhale.com

Sirine Shebaya (D.C. Bar # 1019748)*
Khaled Alrabe (Cal. Bar # 349899)*
NATIONAL IMMIGRATION PROJECT
1763 Columbia Road NW
Suite 175 #896645
Washington, DC 20009
Phone: (617) 227-9727
Fax: (617) 227-5495
sirine@nipnlg.org
khaled@nipnlg.org

Kerry E. Doyle (MA BBO #565648)
Stephen J. Antwine (Pa. Bar # 309379)*
GREEN & SPIEGEL, LLC
1524 Delancey Street, Floor 4
Philadelphia, PA 19102
Phone: (215) 395-8959
Fax: (215) 330-5311
kdoyle@gands-us.com
santwine@gands-us.co

*Counsel for Plaintiffs Presidents' Alliance
on Higher Education and Immigration and
Association of Independent Colleges and
Universities in Massachusetts*

David Zimmer (MA BBO #692715)
Julia Solomon-Strauss (MA BBO
#718481)*
ZIMMER, CITRON & CLARKE LLP
711 Atlantic Avenue, 6th Floor

2

Boston, MA 02111
Phone: (617) 676-9421
dzimmer@zimmercitronclarke.com
julia@zimmercitronclarke.com

*Counsel for Plaintiff Presidents' Alliance on Higher Education and Immigration*

*\*Motion for admission pro hac vice granted*

Date: July 9, 2026

## <u>LOCAL RULE 7.1 CERTIFICATION</u>

I, George P. Varghese, state that counsel for Plaintiffs met and conferred with counsel for Defendants on June 26, 2026 and July 8, 2026 in a good faith attempt to resolve or narrow the issues presented by this motion.

Date: July 9, 2026

/s/ *George P. Varghese*
George P. Varghese