# FILED UNDER SEAL

**Memorandum of Law In Support of Motion for Leave to Conduct Limited Discovery to Complete and Supplement the Record**