# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENTS' ALLIANCE ON HIGHER EDUCATION AND IMMIGRATION; and ASSOCIATION OF INDEPENDENT COLLEGES AND UNIVERSITIES IN MASSACHUSETTS<br><br>*Plaintiffs*,<br><br>v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; DAVID VENTURELLA, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; the DEPARTMENT OF HOMELAND SECURITY; MARCO RUBIO, in his official capacity as Secretary of State; and the DEPARTMENT OF STATE,<br><br>*Defendants*. | Case No. 25-cv-11109-PBS |

### DECLARATION OF JACOB TUTTLE NEWMAN IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO CONDUCT LIMITED DISCOVERY TO COMPLETE AND SUPPLEMENT THE ADMINISTRATIVE RECORD

Pursuant to 28 U.S.C. § 1746, I, Jacob Tuttle Newman, declare as follows:

1.  I am an attorney at Wilmer Cutler Pickering Hale & Dorr LLP.

2.  I certify that I represent Plaintiffs in the above captioned matter.  I make this declaration based on my personal knowledge.

3.  The parties negotiated a discovery schedule between April and May 2026 pursuant to Federal Rule of Civil Procedure 26(f).

4. Per the parties' negotiated schedule, and as ordered by this Court (ECF No. 64), Defendants' deadline to provide the full administrative record for both Department of State and Department of Homeland Security was June 11, 2026.

5. On June 15, 2026, Defendant Department of State produced what it represents is the administrative record. The record consists of two documents comprising five total pages, much of which are heavily redacted.

6. On June 18, 2026, counsel for Plaintiffs requested that Defendants provide a privilege log. Defendants did not respond.

7. Counsel for Plaintiffs reiterated the request for a privilege log on June 24, 2026.

8. The parties met and conferred on Friday, June 26, 2026, after which Plaintiffs requested a privilege log by Thursday, July 2, 2026.

9. Attached as Exhibit A is a true and correct copy of the Department of State's certified administrative record, as produced to Plaintiffs on June 15, 2026.

10. Attached as Exhibit B is a true and correct copy of the certified administrative record produced in *Patel v. Lyons*, No. 1:25-cv-1096-ACR (D.D.C.).

11. Attached as Exhibit C is a true and correct copy of the Department of State's Privilege Log, as produced to Plaintiffs on July 3, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Date: July 9, 2026

/s/ *Jacob Tuttle Newman*
Jacob Tuttle Newman

## CERTIFICATE OF SERVICE

I, George P. Varghese, hereby certify that a copy of the foregoing document was served on all parties who have appeared through the Court's electronic docketing system.

Date: July 9, 2026                                         */s/ George P. Varghese*