# FILED UNDER SEAL

**Exhibit A**

**(Department of State's certified administrative record, as produced to Plaintiffs on June 15, 2026)**