# FILED UNDER SEAL

**Exhibit C**

**(Department of State's Privilege Log,
as produced to Plaintiffs on July 3, 2026)**