## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PRESIDENTS' ALLIANCE ON HIGHER EDUCATION AND IMMIGRATION; and ASSOCIATION OF INDEPENDENT COLLEGES AND UNIVERSITIES IN MASSACHUSETTS<br><br>*Plaintiffs*,<br><br>v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; DAVID VENTURELLA, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; the DEPARTMENT OF HOMELAND SECURITY; MARCO RUBIO, in his official capacity as Secretary of State; and the DEPARTMENT OF STATE,<br><br>*Defendants*. | Case No. 25-cv-11109-PBS |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL

The Presidents' Alliance on Higher Education and Education and Immigration and Association of Independent Colleges and Universities in Massachusetts (together, "Plaintiffs") respectfully request leave to file Plaintiffs' Memorandum of Law in Support of their Motion for Additional Discovery to Complete and Supplement the Record (Motion for Additional Discovery), and accompanying exhibits constituting and referencing Defendants' administrative record under seal.

As grounds for the motion, Plaintiffs state:

1

1.      The exhibits to the Motion for Additional Discovery include documents designated by the federal agency Defendants, Department of State and Department of Homeland Security, as confidential and as "Attorneys' Eyes Only." Because Defendants have designated these materials as "Attorneys Eyes Only", Plaintiffs are obligated to file these exhibits under seal.

2.      The Memorandum of Law supporting Plaintiffs' Motion for Additional Discovery contains reference to these claimed confidential documents.  Defendants' Privilege Log, which is also attached as an exhibit, further describes the documents that Defendants designated as "Attorneys' Eyes Only."  As such, Plaintiffs seek to file the supporting Memorandum and Defendants' Privilege Log under seal.

3.       Plaintiffs' counsel conferred in good faith with counsel for Defendants and Defendants take the position that the entire administrative record must be filed under seal. Plaintiffs take no position on Defendants' assertion of confidentiality or other protections necessary with respect to the Administrative Record.  Plaintiffs will promptly propose to Defendants redactions to the Memorandum of Law that will allow for it to be filed publicly in redacted form while the Court considers Defendants' sealing request.  Thus, pursuant to Judge Saris's Standing Procedural Civil Order on Sealing Court Documents (dated May 15, 2015), Plaintiffs seek to file their Memorandum of Law and exhibits under seal pending the preparation of a redacted document or resolution of this dispute.

4.      As Defendants are the "part[ies] objecting to public disclosure," the burden to overcome the presumption of public access lies with Defendants.  *Ark. Teacher Ret. Sys. v. State St. Bank & Trust Co.*, 391 F. Supp. 3d 167, 169 (D. Mass. 2018).  *See* D. Mass. R. 7.2(e).

5.      Should Defendants fail to agree to timely file redacted documents for public filing

or otherwise respond to resolve this dispute, Plaintiffs do not oppose the unsealing of the Motion

for Additional Discovery, Memorandum, and exhibits.

Respectfully submitted,

/s/ *George P. Varghese*

George P. Varghese (MA BBO # 706861)
Jacob Tuttle Newman (MA BBO # 712110)
Asma Jaber (MA BBO # 707322)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
60 State Street
Boston, MA 02109
Phone: (617) 526-6000
george.varghese@wilmerhale.com
jacob.tuttlenewman@wilmerhale.com
asma.jaber@wilmerhale.com

Sirine Shebaya (D.C. Bar # 1019748)*
Khaled Alrabe (Cal. Bar # 349899)*
NATIONAL IMMIGRATION PROJECT
1763 Columbia Road NW
Suite 175 #896645
Washington, DC 20009
Phone: (617) 227-9727
Fax: (617) 227-5495
sirine@nipnlg.org
khaled@nipnlg.org

Kerry E. Doyle (MA BBO #565648)
Stephen J. Antwine (Pa. Bar # 309379)*
GREEN & SPIEGEL, LLC
1524 Delancey Street, Floor 4
Philadelphia, PA 19102
Phone: (215) 395-8959
Fax: (215) 330-5311
kdoyle@gands-us.com
santwine@gands-us.co

*Counsel for Plaintiffs Presidents' Alliance
on Higher Education and Immigration and
Association of Independent Colleges and
Universities in Massachusetts*

David Zimmer (MA BBO #692715)
Julia Solomon-Strauss (MA BBO #718481)*
ZIMMER, CITRON & CLARKE LLP
711 Atlantic Avenue, 6th Floor
Boston, MA 02111
Phone: (617) 676-9421
dzimmer@zimmercitronclarke.com
julia@zimmercitronclarke.com

*Counsel for Plaintiff Presidents' Alliance on Higher Education and Immigration*

*\*Motion for admission pro hac vice granted*

Dated: July 9, 2026

4

**LOCAL RULE 7.1 CERTIFICATION**

I, George P. Varghese, certify that, on June 26, 2026, and again on July 8, 2026, counsel for Plaintiffs contacted counsel for Defendants regarding the above-captioned motion.  Counsel for Defendants indicated that they would seek an extension of time to provide redacted documents for public filing and show cause for the briefing to remain under seal.


Date: July 9, 2026                    */s/ George P. Varghese*


**CERTIFICATE OF SERVICE**

I, George P. Varghese, certify that a copy of the foregoing document was served on all parties who have appeared through the Court's electronic docketing system.


Date: July 9, 2026                    */s/ George P. Varghese*