**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| PRESIDENTS' ALLIANCE ON HIGHER EDUCATION AND IMMIGRATION and ASSOCIATION OF INDEPENDENT COLLEGES AND UNIVERSITIES IN MASSACHUSETTS, | Case No. 25-cv-11109-PBS |
| *Plaintiffs*, | |
| v. | |
| MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security[1]; TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; the DEPARTMENT OF HOMELAND SECURITY; MARCO RUBIO, in his official capacity as Secretary as Secretary of State; and the DEPARTMENT OF STATE, | Date: June 11, 2026 |
| *Defendants*. | |

**DEFENDANTS' OPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR LEAVE TO CONDUCT LIMITED DISCOVERY TO COMPLETE AND SUPPLEMENT THE CERTIFIED ADMINISTRATIVE RECORDLIMITED**

Defendants, by and through their only counsel of record, Nancy N. Safavi, respectfully

move this Court to extend the time to respond to the Plaintiffs' motion for leave to conduct

limited discovery in order to complete and supplement the certified administrative record. Dkt.

No. 71. Pursuant to Local Rule 7.1 (b)(2), Defendants' response to the motions is currently

due by Thursday, July 23, 2026. Defendants respectfully request an additional nineteen (19)

---

[1] Secretary of Homeland Security Markwayne Mullin is automatically substituted for the former officeholder, Kristi Noem, Fed. R. Civ. P. 25(d).

days to respond to the motion, setting the new due date as August 11, 2026.  Counsel confirmed on July 21, 2025, that counsel for Plaintiffs oppose this motion.

As of June 29, 2026, a network outage and other computer issues prevented counsel for Defendants from accessing any of her work files and network.  To date, counsel has not received any communication that the network outage was resolved.  On July 2, 2026, and July 15, 2026, counsel for Defendants met with an IT specialist to resolve the issue or set up an alternative solution.  While an eventual, alternative solution was provided, it still is not fully complete and the use of a new system has created delays.  Likewise, the lack of access until a solution was provided created a backlog of work that must now be completed, and counsel for Defendants is the only counsel of record in this case.  There is no other available attorney to provide coverage in this case.  Without adequate, complete, working technology, counsel is prevented from meaningfully completing a response in this case.  Additionally, counsel is on work travel July 21, 2025 through and including July 25, 2025, and again from August 3, 2025 through and including August 6, 2026.

For these reasons, the Defendants request that the Court grant the nineteen-day extension of time to file the response extending the deadline from July 23, 2026 to August 11, 2026.

July 23, 2026                                     Respectfully Submitted,


                                                  */s/ Nancy N. Safavi*
                                                  Nancy N. Safavi (TXBN #24042342)
                                                  Senior Trial Attorney
                                                  Office of Immigration Litigation
                                                  U.S. Department of Justice
                                                  P.O. Box 868 Ben Franklin Station
                                                  Washington DC 20044

Phone: (202) 514-9875
Nancy.Safavi@usdoj.gov

Counsel for Defendants

## CERTIFICATE OF SERVICE

I, Nancy N. Safavi, Senior Trial Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: July 23, 2026                    By:    */s/ Nancy N. Safavi*
                                               Nancy N. Safavi (TXBN #24042342)
                                               Senior Trial Attorney
                                               Office of Immigration Litigation
                                               U.S. Department of Justice
                                               P.O. Box 868 Ben Franklin Station
                                               Washington DC 20044

## LOCAL RULE 7.1 CERTIFICATION

I, Nancy N. Safavi, Senior Trial Attorney, hereby certify that I spoke with opposing counsel and they do not assent to the filing of this motion for an extension of time.

Dated: July 23, 2026                    By:    */s/ Nancy N. Safavi*
                                               Nancy N. Safavi (TXBN #24042342)
                                               Senior Trial Attorney
                                               Office of Immigration Litigation
                                               U.S. Department of Justice
                                               P.O. Box 868 Ben Franklin Station
                                               Washington DC 20044