AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | |
|---|---|
| Presidents' Alliance on Higher Education, et al | ) |
| *Plaintiff* | ) |
| v. | ) |
| Markwayne Mullin, et al | ) |
| *Defendant* | ) |

Case No.   25-cv-11109 (PBS)

**APPEARANCE OF COUNSEL**

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Presidents' Alliance on Higher Education and Immigration, Association of Independent Colleges and Universities in Massachusetts                                                      .

Date:      07/28/2026

/s/ Charlotte Mostertz
*Attorney's signature*

Charlotte Mostertz, MA Bar No. 707537
*Printed name and bar number*

Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

*Address*

charlotte.mostertz@wilmerhale.com
*E-mail address*

(617) 526-6000
*Telephone number*

(617) 526-5000
*FAX number*