AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| President's Alliance, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   25-11109 (PBS) |
| Mullin, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Defendants.                                                                                          .

Date:     08/11/2026

AUGUST FLENTJE
Digitally signed by AUGUST FLENTJE
Date: 2025.09.29 14:10:58 -04'00'

*Attorney's signature*

August E. Flentje -- NY 2921807
*Printed name and bar number*

U.S. Department of Justice, Civil Division
P.O. Box 878, Ben Franklin Station,
Washington, DC 20044-0878

*Address*

august.flentje@usdoj.gov
*E-mail address*

(202) 514-3309
*Telephone number*

*FAX number*