**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

<table>
<tr><td>

PRESIDENTS' ALLIANCE ON HIGHER
EDUCATION AND IMMIGRATION and
ASSOCIATION OF INDEPENDENT
COLLEGES AND UNIVERSITIES IN
MASSACHUSETTS,

                   Plaintiffs,


       v.


MARKWAYNE MULLIN, in his official
capacity as Secretary of Homeland Security[1];
TODD LYONS, in his official capacity as
Acting Director of U.S. Immigration and
Customs Enforcement; the DEPARTMENT OF
HOMELAND SECURITY; MARCO RUBIO,
in his official capacity as Secretary as Secretary
of State; and the DEPARTMENT OF STATE,


                   Defendants.

</td><td>

Civil Action No. 25-11109-PBS

</td></tr>
</table>

**DEFENDANTS' OPPOSED MOTION FOR THREE DAY EXTENSION OF TIME**
**TO FILE RESPNSE TO PLAINTIFFS' DISCOVERY MOTION**

Defendants respectfully request an additional three days, until Friday, August 14, 2026,

to file its response to Plaintiffs motion seeking extra-record discovery.   Defendants have

conferred with Plaintiffs pursuant to Local Rule 7.1(a)(2), and Plaintiffs state that they oppose an

---

[1] Secretary of Homeland Security Markwayne Mullin is automatically substituted for the

former officeholder, Kristi Noem, Fed. R. Civ. P. 25(d).

extension.   This rule is made pursuant to Local Rule 7.1 and is abased on the accompanying

Memorandum of Law.

Respectfully Submitted,
/s/ *August E. Flentje*
AUGUST FLENTJE
Deputy Director

Nancy N. Safavi
(TXBN #24042342)
Senior Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice
P.O. Box 878 Ben Franklin Station
Washington DC 20044
Phone: (202) 514-9875
Nancy.Safavi@usdoj.gov

Dated: August 11, 2025                    Counsel for Defendants

**CERTIFICATE OF SERVICE**

I, August E. Flentje, Deputy Director, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

By:  */s/ August E. Flentje*
AUGUST FLENTJE
Deputy Director

Dated: August 11, 2025