UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PRESIDENTS' ALLIANCE ON HIGHER
EDUCATION AND IMMIGRATION and
ASSOCIATION OF INDEPENDENT
COLLEGES AND UNIVERSITIES IN
MASSACHUSETTS,

Plaintiffs,

v.

MARKWAYNE MULLIN, in his official
capacity as Secretary of Homeland Security[1];
TODD LYONS, in his official capacity as
Acting Director of U.S. Immigration and
Customs Enforcement; the DEPARTMENT OF
HOMELAND SECURITY; MARCO RUBIO,
in his official capacity as Secretary as Secretary
of State; and the DEPARTMENT OF STATE,

Defendants.

Civil Action No. 25-11109-PBS

**DEFENDANTS' MEMORANDUM IN SUPPORT OF OPPOSED MOTION FOR THREE DAY EXTENSION OF TIME TO FILE RESPNSE TO PLAINTIFFS' DISCOVERY MOTION**

Defendants respectfully request an additional three days, until Friday, August 14, 2026, to file its response to Plaintiffs motion seeking extra-record discovery. Defendants have conferred with Plaintiffs pursuant to Local Rule 7.1(a)(2), and Plaintiffs state that they oppose an extension.

---

[1] Secretary of Homeland Security Markwayne Mullin is automatically substituted for the former officeholder, Kristi Noem, Fed. R. Civ. P. 25(d).

The reasons in support of this motion are as follows.   The attorney with primary responsibility over this matter, Nancy Safavi, is attending to many additional obligations this week.  In addition to this case, she is responsible for defending a deposition today, August 11, 2025, in Los Angeles.  That deposition is continuing at this moment and will make filing today by 6:00 p.m. impossible.  During the lunch recess she was unable to get on PACER.  Ms. Safavi is also responsible for presenting argument in opposition to class certification and joinder in *Perdomo v. Mullin*, No. 25-cv-5065 (C.D. Cal.), in a hearing scheduled for Thursday, August 13, 2026.  She is also responsible for managing discovery and other litigation issues in *Pinchi v. Mullin*, No. 25-cv-5632 (N.D. Cal.), while the lead in that case is on leave.  Additional time is also needed to ensure our submission reflects the views of multiple stakeholders.  A three day extension will not substantially delay resolution of this matter.

Respectfully Submitted,
*/s/ August E. Flentje*
AUGUST FLENTJE
Deputy Director

Nancy N. Safavi
(TXBN #24042342)
Senior Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice
P.O. Box 878 Ben Franklin Station
Washington DC 20044
Phone: (202) 514-9875
Nancy.Safavi@usdoj.gov

Dated:  August 11, 2025                                   Counsel for Defendants

2

## CERTIFICATE OF SERVICE

I, August E. Flentje, Deputy Director, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

By:  */s/ August E. Flentje*
AUGUST FLENTJE
Deputy Director

Dated: August 11, 2025