**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| PRESIDENTS' ALLIANCE ON HIGHER EDUCATION AND IMMIGRATION; and ASSOCIATION OF INDEPENDENT COLLEGES AND UNIVERSITIES IN MASSACHUSETTS<br><br>*Plaintiffs*,<br><br>v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; DAVID VENTURELLA, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; the DEPARTMENT OF HOMELAND SECURITY; MARCO RUBIO, in his official capacity as Secretary of State; and the DEPARTMENT OF STATE,<br><br>*Defendants*. | Case No. 25-cv-11109-PBS |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM IN SUPPORT OF THEIR MOTION FOR LEAVE TO CONDUCT LIMITED DISCOVERY TO COMPLETE AND SUPPLEMENT THE ADMINISTRATIVE RECORD**

Pursuant to Local Rule 7.1(b)(3), the Presidents' Alliance on Higher Education and Immigration and the Association of Independent Colleges and Universities in Massachusetts (together, "Plaintiffs") respectfully seek leave to submit a Reply in support of their Motion for Leave to Conduct Limited Discovery to Complete and Supplement the Record (Dkt. 70). Defendants oppose this motion.

A Reply memorandum is necessary to address the arguments in Defendants' opposition (Dkt. 82), including that Defendants simultaneously contend that no policy exists and yet they require more time to search for documents to supplement the record. Defendants assert that they

will supplement the record, "if necessary," by August 25, 2026. Plaintiffs seek to file their Reply by September 2 in order to address any additional deficiencies or contentions raised in this possible production.

WHEREFORE, Plaintiffs respectfully request that the Court grant their Motion for Leave to File a Reply in support of their Motion for Leave to Conduct Limited Discovery to Complete and Supplement the Administrative Record.

Respectfully submitted,

/s/ *George P. Varghese*

George P. Varghese (MA BBO # 706861)
Jacob Tuttle Newman (MA BBO # 712110)
Asma Jaber (MA BBO # 707322)
Charlotte Mostertz (MA BBO # 707537)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Phone: (617) 526-6000
george.varghese@wilmerhale.com
jacob.tuttlenewman@wilmerhale.com
asma.jaber@wilmerhale.com
charlotte.mostertz@wilmerhale.com

Sirine Shebaya (D.C. Bar # 1019748)*
Khaled Alrabe (Cal. Bar # 349899)*
NATIONAL IMMIGRATION PROJECT
1763 Columbia Road NW
Suite 175 #896645
Washington, DC 20009
Phone: (617) 227-9727
Fax: (617) 227-5495
sirine@nipnlg.org
khaled@nipnlg.org

Kerry E. Doyle (MA BBO #565648)
Stephen J. Antwine (Pa. Bar # 309379)*
GREEN & SPIEGEL, LLC
1524 Delancey Street, Floor 4

Philadelphia, PA 19102
Phone: (215) 395-8959
Fax: (215) 330-5311
kdoyle@gands-us.com
santwine@gands-us.co

*Counsel for Plaintiffs Presidents' Alliance on Higher Education and Immigration and Association of Independent Colleges and Universities in Massachusetts*

David Zimmer (MA BBO #692715)
Julia Solomon-Strauss (MA BBO #718481)*
ZIMMER, CITRON & CLARKE LLP
711 Atlantic Avenue, 6th Floor
Boston, MA 02111
Phone: (617) 676-9421
dzimmer@zimmercitronclarke.com
julia@zimmercitronclarke.com

*Counsel for Plaintiff Presidents' Alliance on Higher Education and Immigration*

**Motion for admission pro hac vice granted*

Date: August 24, 2026

**LOCAL RULE 7.1 CERTIFICATION**

I, George P. Varghese, state that counsel for Plaintiffs conferred with counsel for Defendants via email on August 24, 2026, in a good faith attempt to resolve or narrow the issues presented by this motion, and Defendants oppose this motion.

Date: August 24, 2026

/s/ *George P. Varghese*
George P. Varghese