# FILED UNDER SEAL

## Reply Memorandum In Support of Plaintiff's Motion for Additional Discovery to Complete and Supplement the Record