**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

PRESIDENTS' ALLIANCE ON HIGHER EDUCATION AND IMMIGRATION; and ASSOCIATION OF INDEPENDENT COLLEGES AND UNIVERSITIES IN MASSACHUSETTS

*Plaintiffs*,

v.

MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; DAVID VENTURELLA, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; the DEPARTMENT OF HOMELAND SECURITY; MARCO RUBIO, in his official capacity as Secretary of State; and the DEPARTMENT OF STATE,

*Defendants*.

Case No. 25-cv-11109-PBS

**PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL**

The Presidents' Alliance on Higher Education and Education and Immigration and Association of Independent Colleges and Universities in Massachusetts (together, "Plaintiffs") respectfully request leave to file Plaintiff's Reply Memorandum in Support of Their Motion for Additional Discovery to Complete and Supplement the Administrative Record (the "Reply") constituting and referencing Defendants' Administrative Record under seal.

As grounds for the motion, Plaintiffs state:

1. The Reply contains reference to documents designated by the federal agency Defendants, Department of State and Department of Homeland Security, as confidential and as

"Attorneys' Eyes Only." Because Defendants have designated these materials as "Attorneys Eyes Only", Plaintiffs are obligated to file these exhibits under seal. As such, Plaintiffs seek to file the Reply under seal.

2. Prior to filing their Motion for Additional Discovery, Plaintiffs' counsel conferred in good faith with counsel for Defendants, and Defendants took the position that the entire administrative record must be filed under seal. Plaintiffs take no position on Defendants' assertion of confidentiality or other protections necessary with respect to the Administrative Record or the supplementation to the Administrative Record. Plaintiffs will promptly propose to Defendants redactions to the Reply that will allow for it to be filed publicly in redacted form while the Court considers Defendants' sealing request. Thus, pursuant to Judge Saris's Standing Procedural Civil Order on Sealing Court Documents (dated May 15, 2015), Plaintiffs seek to file their Reply under seal pending the preparation of a redacted document or resolution of this dispute.

3. As Defendants are the "part[ies] objecting to public disclosure," the burden to overcome the presumption of public access lies with Defendants. *Ark. Teacher Ret. Sys. v. State St. Bank & Trust Co.*, 391 F. Supp. 3d 167, 169 (D. Mass. 2018). *See* D. Mass. R. 7.2(e).

4. Should Defendants fail to agree to timely file redacted documents for public filing or otherwise respond to resolve this dispute, Plaintiffs do not oppose the unsealing of the Reply.

Respectfully submitted,

/s/ *George P. Varghese*

George P. Varghese (MA BBO # 706861)
Jacob Tuttle Newman (MA BBO # 712110)
Asma Jaber (MA BBO # 707322)
Charlotte Mostertz (MA BBO # 707537)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Phone: (617) 526-6000

george.varghese@wilmerhale.com
jacob.tuttlenewman@wilmerhale.com
asma.jaber@wilmerhale.com
charlotte.mostertz@wilmerhale.com

Sirine Shebaya (D.C. Bar # 1019748)*
Khaled Alrabe (Cal. Bar # 349899)*
NATIONAL IMMIGRATION PROJECT
1763 Columbia Road NW
Suite 175 #896645
Washington, DC 20009
Phone: (617) 227-9727
Fax: (617) 227-5495
sirine@nipnlg.org
khaled@nipnlg.org

Kerry E. Doyle (MA BBO #565648)
Stephen J. Antwine (Pa. Bar # 309379)*
GREEN & SPIEGEL, LLC
1524 Delancey Street, Floor 4
Philadelphia, PA 19102
Phone: (215) 395-8959
Fax: (215) 330-5311
kdoyle@gands-us.com
santwine@gands-us.co

*Counsel for Plaintiffs Presidents' Alliance on Higher Education and Immigration and Association of Independent Colleges and Universities in Massachusetts*

David Zimmer (MA BBO #692715)
Julia Solomon-Strauss (MA BBO #718481)*
ZIMMER, CITRON & CLARKE LLP
711 Atlantic Avenue, 6th Floor
Boston, MA 02111
Phone: (617) 676-9421
dzimmer@zimmercitronclarke.com
julia@zimmercitronclarke.com

*Counsel for Plaintiff Presidents' Alliance on Higher Education and Immigration*

**Motion for admission pro hac vice granted*

Dated: September 2, 2026

## LOCAL RULE 7.1 CERTIFICATION

I, Charlotte Mostertz, certify that a on June 26, 2026 and again on July 8, 2026 counsel for Plaintiffs contacted counsel for Defendants regarding documents designated by the federal agency Defendants, Department of State and Department of Homeland Security, as confidential and as "Attorneys' Eyes Only" in the above-captioned matter. On August 25, 2026, Defendants provided additional documents to Plaintiffs which they also designated confidential and "Attorneys Eyes' Only." Counsel for Plaintiffs will provide counsel for Defendants with a proposed redacted version of Plaintiffs' Reply brief upon filing.

Date: September 2, 2026 *__/s/ Charlotte Mostertz__*

**CERTIFICATE OF SERVICE**

I, George P. Varghese, certify that a copy of the foregoing document was served on all parties who have appeared through the Court's electronic docketing system.

Date: September 2, 2026 *\/s/ George P. Varghese*