**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

PRESIDENTS' ALLIANCE ON HIGHER EDUCATION AND IMMIGRATION; and ASSOCIATION OF INDEPENDENT COLLEGES AND UNIVERSITIES IN MASSACHUSETTS

*Plaintiffs,*

v.

MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; DAVID VENTURELLA, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; the DEPARTMENT OF HOMELAND SECURITY; MARCO RUBIO, in his official capacity as Secretary of State; and the DEPARTMENT OF STATE,

*Defendants*.

Case No. 25-cv-11109-PBS

**DECLARATION OF CHARLOTTE MOSTERTZ IN SUPPORT OF PLAINTIFFS' DISCOVERY REQUESTS**

Pursuant to 28 U.S.C. § 1746, I, Charlotte Mostertz, declare as follows:

1. I am an attorney at Wilmer Cutler Pickering Hale & Dorr LLP.

2. I certify that I represent Plaintiffs in the above captioned matter. I make this declaration based on my personal knowledge.

3. On September 18, 2026, District Judge Patti B. Saris allowed Plaintiffs' Motion for Leave to Conduct Limited Discovery (Dkt. 70). *See* Order, Dkt. 93.

4. Per this Court's Order, Plaintiffs may serve interrogatories and requests for production of documents on Defendants in accordance with the limits set forth in Local Rule 26.1(c). Plaintiffs may also take one Rule 30(b)(6) deposition with

respect to the U.S. Department of State and one Rule 30(b)(6) deposition with respect to the U.S. Department of Homeland Security. *Id.*

5. This Court further directed Plaintiffs to serve their discovery requests by September 23, 2026.

6. Plaintiffs have served the following discovery requests on Defendants:

7. Attached as Exhibit A is a true and correct copy of Plaintiffs' Notice of Rule 30(b)(6) Deposition of the Department of Homeland Security.

8. Attached as Exhibit B is a true and correct copy of Plaintiffs' Notice of Rule 30(b)(6) Deposition of the Department of State.

9. Attached as Exhibit C is a true and correct copy of Plaintiffs' First Set of Requests for Production to Defendants.

10. Attached as Exhibit D is a true and correct copy of Plaintiffs' First Set of Interrogatories to Defendants.

I declare under penalty of perjury that the foregoing is true and correct.

Date: September 23, 2026

*/s/ Charlotte Mostertz*
Charlotte Mostertz