**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

PRESIDENTS' ALLIANCE ON HIGHER EDUCATION AND IMMIGRATION; and ASSOCIATION OF INDEPENDENT COLLEGES AND UNIVERSITIES IN MASSACHUSETTS

*Plaintiffs*,

v.

MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; DAVID VENTURELLA, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; the DEPARTMENT OF HOMELAND SECURITY; MARCO RUBIO, in his official capacity as Secretary of State; and the DEPARTMENT OF STATE,

*Defendants*.

Case No. 25-cv-11109-PBS

**[PLAINTIFFS' PROPOSED] ORDER ON PLAINTIFFS' DISCOVERY REQUESTS**

Pursuant to this Court's September 18, 2026, order allowing Plaintiffs' motion for leave to conduct limited discovery to complete and supplement the administrative record (Dkt. 93), Defendants are ordered to produce all documents responsive to Plaintiffs' September 23, 2026, document requests (Dkt 94-3) and complete responses to Plaintiff's September 23, 2026, interrogatories (Dkt. 94-4) by no later than **October 16, 2026**. Plaintiffs are ordered to produce 30(b)(6) witnesses prepared to testify on all topics contained in Plaintiffs' September 23, 2026, 30(b)(6) notices (Dkts. 94-1 & 94-2) on a date mutually agreeable to all parties no later than **November 13, 2026.**

SO ORDERED
Dated this __ day of October, 2026.

______________________________
Hon. Patti B. Saris
United States District Judge