**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| PRESIDENTS' ALLIANCE ON HIGHER EDUCATION AND IMMIGRATION and ASSOCIATION OF INDEPENDENT COLLEGES AND UNIVERSITIES IN MASSACHUSETTS,<br><br>*Plaintiffs*,<br><br>v. | Case No. 25-cv-11109-PBS |
| MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security[1]; TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; the DEPARTMENT OF HOMELAND SECURITY; MARCO RUBIO, in his official capacity as Secretary as Secretary of State; and the DEPARTMENT OF STATE,<br><br>*Defendants*. | Date: October 6, 2026 |

**DEFENDANTS' OPPOSED MOTION FOR EXTENSION OF TIME TO PROVIDE SUBMISSION TO JOINT STATUS REPORT AND TO STRIKE PLAINTIFFS' FILING**

Defendants, by and through their only counsel of record, Nancy N. Safavi, respectfully move this Court to extend the time to file a *joint* status report from October 2, 2026 to October 9, 2026. Defendants respectfully request an additional seven (7) days so as prepare its submission for the Court given that Plaintiffs' refused to accept Defendants' request for an extension and to include any substantive positions for Defendants in their unilateral filing. *See* Exhibit A. Counsel confirmed on October 2, 2026, that counsel for Plaintiffs oppose this

[1] Secretary of Homeland Security Markwayne Mullin is automatically substituted for the former officeholder, Kristi Noem, Fed. R. Civ. P. 25(d).

motion.

Counsel of record appeared for the hearing set by this Court on September 18. It was counsel for Defendants who requested the joint status report and who suggested the date of October 2, 2026. *See* Hearing Transcript. Counsel also had to present argument at a hearing in San Jose, California on September 22 in *Pinchi v. Mullin*, 25-56321 (N.D. Cal. 2025) and in Los Angeles on September 24 for *Perdomo v. Mullin*, 25-5605 (C.D. Cal 2025). Counsel of record was then in Washington DC from September 27, 2026, through and including October 5, 2026, on official work travel. Defendants' counsel was responsible for filing a summary judgment response and opposition to class certification in *W.M.M. et al v. Trump et al*, 25-59 (N.D. Tex. 2025). Counsel worked diligently last week on all assigned cases and tasks – a total of 66 hours -- including preparing Defendants' response for the joint status report. Defendants needed more time, and Plaintiffs refused to cooperate stating that if we did not provide our portion by 1 pm, they would file without Defendants' section. *See* Exhibit A. This was well before any 6:00 pm deadline. Counsel for Defendants is the primary counsel of record in this case. There was no other available attorney to provide coverage in this case. Moreover, Defendants request to file the joint status report on Monday was not unreasonable or prejudicial. Plaintiffs actively chose to exclude Defendants from a joint filing requested by the Defendants. *See* Exhibit A.

For these reasons, the Defendants request that the Court grant the seven-day extension of time to file the *joint* status report extending the deadline from October 2, 2026 to October 9, 2026, and Defendants request that this Court strike the filing submitted by Plaintiffs on October 2, 2026.

Respectfully Submitted,

*/s/ Nancy N. Safavi*
Nancy N. Safavi (TXBN #24042342)
Senior Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice
P.O. Box 868 Ben Franklin Station
Washington DC 20044
Phone: (202) 514-9875
Nancy.Safavi@usdoj.gov

Counsel for Defendants