**From:** Mostertz, Charlotte E.
**To:** Safavi, Nancy (CIV); Baird, Amanda N.; Flentje, August (CIV)
**Cc:** Varghese, George; Jaber, Asma S.; Tuttle Newman, Jake; Kerry Doyle; Stephen Antwine; david@zimmercitronclarke.com; Julia Solomon-Strauss; Khaled Alrabe; Sirine Shebaya
**Subject:** [EXTERNAL] RE: 1:25-cv-11109-PBS - Discovery Requests
**Date:** Friday, October 2, 2026 4:28:10 PM

Nancy,

Based on the titles of these proposed motions we are likely to oppose each of them.

Thanks,
Charlotte

**Charlotte E. Mostertz | WilmerHale**
+1 617 526 6029 (t)

**From:** Safavi, Nancy (CIV) <Nancy.Safavi@usdoj.gov>
**Sent:** Friday, October 2, 2026 3:41 PM
**To:** Mostertz, Charlotte E. <Charlotte.Mostertz@wilmerhale.com>; Baird, Amanda N. <Amanda.Baird@wilmerhale.com>; Flentje, August (CIV) <August.Flentje@usdoj.gov>
**Cc:** Varghese, George <George.Varghese@wilmerhale.com>; Jaber, Asma S. <Asma.Jaber@wilmerhale.com>; Tuttle Newman, Jake <Jacob.TuttleNewman@wilmerhale.com>; Kerry Doyle <KDoyle@gands-us.com>; Stephen Antwine <santwine@gands-us.com>; david@zimmercitronclarke.com; Julia Solomon-Strauss <julia@zimmercitronclarke.com>; Khaled Alrabe <khaled@nipnlg.org>; Sirine Shebaya <sirine@nipnlg.org>
**Subject:** RE: 1:25-cv-11109-PBS - Discovery Requests

**EXTERNAL SENDER**

Please communicate your position on all five forthcoming motions.

Regards,
Nancy
Senior Trial Attorney
DOJ OIL
(202) 532-3860

**From:** Mostertz, Charlotte E. <Charlotte.Mostertz@wilmerhale.com>
**Sent:** Friday, October 2, 2026 2:38 PM

**To:** Safavi, Nancy (CIV) <Nancy.Safavi@usdoj.gov>; Baird, Amanda N. <Amanda.Baird@wilmerhale.com>; Flentje, August (CIV) <August.Flentje@usdoj.gov>
**Cc:** Varghese, George <George.Varghese@wilmerhale.com>; Jaber, Asma S. <Asma.Jaber@wilmerhale.com>; Tuttle Newman, Jake <Jacob.TuttleNewman@wilmerhale.com>; Kerry Doyle <KDoyle@gands-us.com>; Stephen Antwine <santwine@gands-us.com>; david@zimmercitronclarke.com; Julia Solomon-Strauss <julia@zimmercitronclarke.com>; Khaled Alrabe <khaled@nipnlg.org>; Sirine Shebaya <sirine@nipnlg.org>
**Subject:** [EXTERNAL] RE: 1:25-cv-11109-PBS - Discovery Requests

Nancy,

We disagree with your position but do not believe a further exchange of emails this afternoon will be productive. We will file our Plaintiffs' status report to the Court. While we understand that you disagree (and will of course note your objection in our filing), we believe that is the best way for us to comply with the requirements of Judge Saris's order and will leave it to the Court to determine what next steps are appropriate or required.

Best,
Charlotte

**Charlotte E. Mostertz | WilmerHale**
+1 617 526 6029 (t)

---

**From:** Safavi, Nancy (CIV) <Nancy.Safavi@usdoj.gov>
**Sent:** Friday, October 2, 2026 3:22 PM
**To:** Mostertz, Charlotte E. <Charlotte.Mostertz@wilmerhale.com>; Baird, Amanda N. <Amanda.Baird@wilmerhale.com>; Flentje, August (CIV) <August.Flentje@usdoj.gov>
**Cc:** Varghese, George <George.Varghese@wilmerhale.com>; Jaber, Asma S. <Asma.Jaber@wilmerhale.com>; Tuttle Newman, Jake <Jacob.TuttleNewman@wilmerhale.com>; Kerry Doyle <KDoyle@gands-us.com>; Stephen Antwine <santwine@gands-us.com>; david@zimmercitronclarke.com; Julia Solomon-Strauss <julia@zimmercitronclarke.com>; Khaled Alrabe <khaled@nipnlg.org>; Sirine Shebaya <sirine@nipnlg.org>
**Subject:** RE: 1:25-cv-11109-PBS - Discovery Requests

**EXTERNAL SENDER**

*__THE ORDER SYAS JOINT FILING.__*

Sned your draft for my review. Otherwise, I will seek full relief from the Court come Monday. As yet another reminder, when you have opposed extensions of time, you have lost.

I will need to add a fourth motion here and actually a fifth:

- Motion to Reconsider Court's Discovery Order
- Motion to Clarify Court's Discovery Order
- Motion to Strike Improperly Filed ***JOINT*** Status Report
- Motion to Extend Time to File Joint Status Report
- Motion to Quash Deposition Notice for DHS

Yes, the objections are too substantive. They will require your review and thought. The fact that you don't acknowledge that is a concession that you don't intend to negotiate or budge from any of your requests thereby creating an impasse and making no attempt to meet and confer.

Regards,
Nancy
Senior Trial Attorney
DOJ OIL
(202) 532-3860

---

**From:** Mostertz, Charlotte E. <Charlotte.Mostertz@wilmerhale.com>
**Sent:** Friday, October 2, 2026 2:11 PM
**To:** Safavi, Nancy (CIV) <Nancy.Safavi@usdoj.gov>; Baird, Amanda N. <Amanda.Baird@wilmerhale.com>; Flentje, August (CIV) <August.Flentje@usdoj.gov>
**Cc:** Varghese, George <George.Varghese@wilmerhale.com>; Jaber, Asma S. <Asma.Jaber@wilmerhale.com>; Tuttle Newman, Jake <Jacob.TuttleNewman@wilmerhale.com>; Kerry Doyle <KDoyle@gands-us.com>; Stephen Antwine <santwine@gands-us.com>; david@zimmercitronclarke.com; Julia Solomon-Strauss <julia@zimmercitronclarke.com>; Khaled Alrabe <khaled@nipnlg.org>; Sirine Shebaya <sirine@nipnlg.org>
**Subject:** [EXTERNAL] RE: 1:25-cv-11109-PBS - Discovery Requests

Nancy,

The court ordered the parties to meet and confer by September 30, and ordered a status report on October 2. Plaintiffs served discovery requests on September 23 and met with Defendants on September 30. During our meet and confer, you declined to provide substantive objections to our requests, noting that you would propound written objections by October 2 at 10 am. You let that deadline pass without noting you would

be delayed, and did not respond to our outreach until after 1 pm the day our filing is due. Our requests have not changed. We are happy to meet with you on Monday after you serve objections or responses if you would like, but we will be filing an update with the Court today as ordered.

Best,
Charlotte

**Charlotte E. Mostertz | WilmerHale**
+1 617 526 6029 (t)

---

**From:** Safavi, Nancy (CIV) <Nancy.Safavi@usdoj.gov>
**Sent:** Friday, October 2, 2026 2:58 PM
**To:** Mostertz, Charlotte E. <Charlotte.Mostertz@wilmerhale.com>; Baird, Amanda N. <Amanda.Baird@wilmerhale.com>; Flentje, August (CIV) <August.Flentje@usdoj.gov>
**Cc:** Varghese, George <George.Varghese@wilmerhale.com>; Jaber, Asma S. <Asma.Jaber@wilmerhale.com>; Tuttle Newman, Jake <Jacob.TuttleNewman@wilmerhale.com>; Kerry Doyle <KDoyle@gands-us.com>; Stephen Antwine <santwine@gands-us.com>; david@zimmercitronclarke.com; Julia Solomon-Strauss <julia@zimmercitronclarke.com>; Khaled Alrabe <khaled@nipnlg.org>; Sirine Shebaya <sirine@nipnlg.org>
**Subject:** RE: 1:25-cv-11109-PBS - Discovery Requests

**EXTERNAL SENDER**

1 – We have 3 hours to get a ***joint*** filing to the Court. You ***refuse*** to work towards a joint filing that says something as simple as: the parties need additional time e.g. Plaintiffs' await Defendants' responses, Plaintiffs have asked Defendants the reasons and believe the parties have good cause for the request. Defendants agree to provide Plaintiffs their position, objections and responses to their discovery requests by Monday, 10/5, and the parties will meet and confer again that day and file an updated joint status report so that both parties have ample time to submit a substantive joint status report to the Court to further narrow the scope of any disputes.
2 – Without seeing your unilateral filing, Defendants do not know what you intend to represent to the Court. Thus, we will seek reconsideration, clarification of the Court's order given that you refuse to wait to see Defendants' responses and to make any effort

to narrow the scope of disputes. We will seek relief from the Court for such narrowing. To be ordered to file a joint status report, and fail to comply, is your decision, we oppose, and we will move to strike your improperly filed document.

Regards,
Nancy
Senior Trial Attorney
DOJ OIL
(202) 532-3860

---

**From:** Mostertz, Charlotte E. <Charlotte.Mostertz@wilmerhale.com>
**Sent:** Friday, October 2, 2026 1:45 PM
**To:** Safavi, Nancy (CIV) <Nancy.Safavi@usdoj.gov>; Baird, Amanda N. <Amanda.Baird@wilmerhale.com>; Flentje, August (CIV) <August.Flentje@usdoj.gov>
**Cc:** Varghese, George <George.Varghese@wilmerhale.com>; Jaber, Asma S. <Asma.Jaber@wilmerhale.com>; Tuttle Newman, Jake <Jacob.TuttleNewman@wilmerhale.com>; Kerry Doyle <KDoyle@gands-us.com>; Stephen Antwine <santwine@gands-us.com>; david@zimmercitronclarke.com; Julia Solomon-Strauss <julia@zimmercitronclarke.com>; Khaled Alrabe <khaled@nipnlg.org>; Sirine Shebaya <sirine@nipnlg.org>
**Subject:** [EXTERNAL] RE: 1:25-cv-11109-PBS - Discovery Requests

Nancy,

Based on the title of these proposed motions we are likely to oppose everything you have listed. However, this is the first time you have raised any of this, nor have we met and conferred on any of these issues, so Plaintiffs do not know what you are requesting.

Best,
Charlotte

**Charlotte E. Mostertz | WilmerHale**
+1 617 526 6029 (t)

---

**From:** Safavi, Nancy (CIV) <Nancy.Safavi@usdoj.gov>
**Sent:** Friday, October 2, 2026 2:37 PM
**To:** Mostertz, Charlotte E. <Charlotte.Mostertz@wilmerhale.com>; Baird, Amanda N. <Amanda.Baird@wilmerhale.com>; Flentje, August (CIV) <August.Flentje@usdoj.gov>
**Cc:** Varghese, George <George.Varghese@wilmerhale.com>; Jaber, Asma S. <Asma.Jaber@wilmerhale.com>; Tuttle Newman, Jake <Jacob.TuttleNewman@wilmerhale.com>;

Kerry Doyle <KDoyle@gands-us.com>; Stephen Antwine <santwine@gands-us.com>; david@zimmercitronclarke.com; Julia Solomon-Strauss <julia@zimmercitronclarke.com>; Khaled Alrabe <khaled@nipnlg.org>; Sirine Shebaya <sirine@nipnlg.org>
**Subject:** RE: 1:25-cv-11109-PBS - Discovery Requests

**EXTERNAL SENDER**

Okay. Please provide your position on the following:
Motion for Clarification on Court's Discovery Order;
Motion for Reconsideration of Court's Discovery Order; and
Motion to strike Plaintiffs' Unilateral Filing on 10/2 for failure to meet and confer.

Regards,
Nancy
Senior Trial Attorney
DOJ OIL
(202) 532-3860

---

**From:** Mostertz, Charlotte E. <Charlotte.Mostertz@wilmerhale.com>
**Sent:** Friday, October 2, 2026 1:33 PM
**To:** Safavi, Nancy (CIV) <Nancy.Safavi@usdoj.gov>; Baird, Amanda N. <Amanda.Baird@wilmerhale.com>; Flentje, August (CIV) <August.Flentje@usdoj.gov>
**Cc:** Varghese, George <George.Varghese@wilmerhale.com>; Jaber, Asma S. <Asma.Jaber@wilmerhale.com>; Tuttle Newman, Jake <Jacob.TuttleNewman@wilmerhale.com>; Kerry Doyle <KDoyle@gands-us.com>; Stephen Antwine <santwine@gands-us.com>; david@zimmercitronclarke.com; Julia Solomon-Strauss <julia@zimmercitronclarke.com>; Khaled Alrabe <khaled@nipnlg.org>; Sirine Shebaya <sirine@nipnlg.org>
**Subject:** [EXTERNAL] RE: 1:25-cv-11109-PBS - Discovery Requests

Nancy,

We disagree with your characterizations but will note in our filing that Defendants object to our filing and will file separately on Monday.

Best,
Charlotte

**Charlotte E. Mostertz | WilmerHale**
+1 617 526 6029 (t)

**From:** Safavi, Nancy (CIV) <Nancy.Safavi@usdoj.gov>
**Sent:** Friday, October 2, 2026 2:27 PM
**To:** Mostertz, Charlotte E. <Charlotte.Mostertz@wilmerhale.com>; Baird, Amanda N. <Amanda.Baird@wilmerhale.com>; Flentje, August (CIV) <August.Flentje@usdoj.gov>
**Cc:** Varghese, George <George.Varghese@wilmerhale.com>; Jaber, Asma S. <Asma.Jaber@wilmerhale.com>; Tuttle Newman, Jake <Jacob.TuttleNewman@wilmerhale.com>; Kerry Doyle <KDoyle@gands-us.com>; Stephen Antwine <santwine@gands-us.com>; david@zimmercitronclarke.com; Julia Solomon-Strauss <julia@zimmercitronclarke.com>; Khaled Alrabe <khaled@nipnlg.org>; Sirine Shebaya <sirine@nipnlg.org>
**Subject:** RE: 1:25-cv-11109-PBS - Discovery Requests

**EXTERNAL SENDER**

As a gentle reminder, I requested the date of 10/2, not Plaintiffs. You're being unnecessarily unreasonable here. You are not prejudiced in any way by agreeing to a joint stipulation to file on Monday.

As another reminder, I have been asking for what you wanted in discovery since April. You provided no information until the day of the hearing.

You are obligated to meet and confer and work towards a joint filing today. To the extent you intend to file unilaterally today, you will need to represent that Defendants object to your filing, and you did not agree to an extension to Monday and provided no basis for doing so. You should also note that Defendants will provide their portion of the status report on Monday.

Regards,
Nancy
Senior Trial Attorney
DOJ OIL
(202) 532-3860

**From:** Mostertz, Charlotte E. <Charlotte.Mostertz@wilmerhale.com>
**Sent:** Friday, October 2, 2026 1:17 PM
**To:** Safavi, Nancy (CIV) <Nancy.Safavi@usdoj.gov>; Baird, Amanda N. <Amanda.Baird@wilmerhale.com>; Flentje, August (CIV) <August.Flentje@usdoj.gov>
**Cc:** Varghese, George <George.Varghese@wilmerhale.com>; Jaber, Asma S. <Asma.Jaber@wilmerhale.com>; Tuttle Newman, Jake <Jacob.TuttleNewman@wilmerhale.com>;

Kerry Doyle <KDoyle@gands-us.com>; Stephen Antwine <santwine@gands-us.com>; david@zimmercitronclarke.com; Julia Solomon-Strauss <julia@zimmercitronclarke.com>; Khaled Alrabe <khaled@nipnlg.org>; Sirine Shebaya <sirine@nipnlg.org>
**Subject:** [EXTERNAL] RE: 1:25-cv-11109-PBS - Discovery Requests

Nancy,

Plaintiffs will proceed with filing their own Status Report this afternoon pursuant to the Court's order that we provide an update by October 2.

Thanks,
Charlotte

**Charlotte E. Mostertz | WilmerHale**
+1 617 526 6029 (t)

---

**From:** Safavi, Nancy (CIV) <Nancy.Safavi@usdoj.gov>
**Sent:** Friday, October 2, 2026 1:25 PM
**To:** Mostertz, Charlotte E. <Charlotte.Mostertz@wilmerhale.com>; Baird, Amanda N. <Amanda.Baird@wilmerhale.com>; Flentje, August (CIV) <August.Flentje@usdoj.gov>
**Cc:** Varghese, George <George.Varghese@wilmerhale.com>; Jaber, Asma S. <Asma.Jaber@wilmerhale.com>; Tuttle Newman, Jake <Jacob.TuttleNewman@wilmerhale.com>; Kerry Doyle <KDoyle@gands-us.com>; Stephen Antwine <santwine@gands-us.com>; david@zimmercitronclarke.com; Julia Solomon-Strauss <julia@zimmercitronclarke.com>; Khaled Alrabe <khaled@nipnlg.org>; Sirine Shebaya <sirine@nipnlg.org>
**Subject:** RE: 1:25-cv-11109-PBS - Discovery Requests

**EXTERNAL SENDER**

My apologies. We will need to file a joint stip to file on Monday. Please let me know your position on that. Thanks!

Regards,
Nancy
Senior Trial Attorney
DOJ OIL
(202) 532-3860

---

**From:** Mostertz, Charlotte E. <Charlotte.Mostertz@wilmerhale.com>
**Sent:** Friday, October 2, 2026 9:22 AM
**To:** Safavi, Nancy (CIV) <Nancy.Safavi@usdoj.gov>; Baird, Amanda N. <Amanda.Baird@wilmerhale.com>; Flentje, August (CIV) <August.Flentje@usdoj.gov>
**Cc:** Varghese, George <George.Varghese@wilmerhale.com>; Jaber, Asma S. <Asma.Jaber@wilmerhale.com>; Tuttle Newman, Jake <Jacob.TuttleNewman@wilmerhale.com>; Kerry Doyle <KDoyle@gands-us.com>; Stephen Antwine <santwine@gands-us.com>; david@zimmercitronclarke.com; Julia Solomon-Strauss <julia@zimmercitronclarke.com>; Khaled Alrabe <khaled@nipnlg.org>; Sirine Shebaya <sirine@nipnlg.org>
**Subject:** [EXTERNAL] RE: 1:25-cv-11109-PBS - Discovery Requests

Nancy,

I just left you a voicemail to this effect, but I am writing to see when you intend to send your portion of the JSR this morning, as the agreed-upon deadline of 10 AM EST for you to send your clients' portion has passed.

Thanks,
Charlotte

**Charlotte E. Mostertz | WilmerHale**
+1 617 526 6029 (t)

---

**From:** Safavi, Nancy (CIV) <Nancy.Safavi@usdoj.gov>
**Sent:** Wednesday, September 30, 2026 8:29 PM
**To:** Baird, Amanda N. <Amanda.Baird@wilmerhale.com>; Mostertz, Charlotte E. <Charlotte.Mostertz@wilmerhale.com>; Flentje, August (CIV) <August.Flentje@usdoj.gov>
**Cc:** Varghese, George <George.Varghese@wilmerhale.com>; Jaber, Asma S. <Asma.Jaber@wilmerhale.com>; Tuttle Newman, Jake <Jacob.TuttleNewman@wilmerhale.com>; Kerry Doyle <KDoyle@gands-us.com>; Stephen Antwine <santwine@gands-us.com>; david@zimmercitronclarke.com; Julia Solomon-Strauss <julia@zimmercitronclarke.com>; Khaled Alrabe <khaled@nipnlg.org>; Sirine Shebaya <sirine@nipnlg.org>
**Subject:** RE: 1:25-cv-11109-PBS - Discovery Requests

**EXTERNAL SENDER**

Received. Thank you.

Regards,
Nancy
Senior Trial Attorney
DOJ OIL
(202) 532-3860

---

**From:** Baird, Amanda N. <Amanda.Baird@wilmerhale.com>
**Sent:** Wednesday, September 30, 2026 6:34 PM
**To:** Safavi, Nancy (CIV) <Nancy.Safavi@usdoj.gov>; Mostertz, Charlotte E. <Charlotte.Mostertz@wilmerhale.com>; Flentje, August (CIV) <August.Flentje@usdoj.gov>
**Cc:** Varghese, George <George.Varghese@wilmerhale.com>; Jaber, Asma S. <Asma.Jaber@wilmerhale.com>; Tuttle Newman, Jake <Jacob.TuttleNewman@wilmerhale.com>; Kerry Doyle <KDoyle@gands-us.com>; Stephen Antwine <santwine@gands-us.com>; david@zimmercitronclarke.com; Julia Solomon-Strauss <julia@zimmercitronclarke.com>; Khaled Alrabe <khaled@nipnlg.org>; Sirine Shebaya <sirine@nipnlg.org>
**Subject:** [EXTERNAL] Re: 1:25-cv-11109-PBS - Discovery Requests

Hi Nancy,

Thank you for the call today. Attached please find a template for the Joint Status Report. We can handle the filing on Friday. Please provide your sections as soon as possible, no later than 10 am ET Friday.

Best,

**Amanda N. Baird | WilmerHale**
60 State Street
Boston, MA 02109 USA
+1 617 526 6002 (t)
+1 617 526 5000 (f)
amanda.baird@wilmerhale.com

**Please consider the environment before printing this email.**

---

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.

---

**From:** Safavi, Nancy (CIV) <Nancy.Safavi@usdoj.gov>
**Sent:** Tuesday, September 29, 2026 10:40 PM
**To:** Mostertz, Charlotte E. <Charlotte.Mostertz@wilmerhale.com>; Flentje, August (CIV) <August.Flentje@usdoj.gov>
**Cc:** Varghese, George <George.Varghese@wilmerhale.com>; Jaber, Asma S. <Asma.Jaber@wilmerhale.com>; Baird, Amanda N. <Amanda.Baird@wilmerhale.com>; Tuttle Newman, Jake <Jacob.TuttleNewman@wilmerhale.com>; Kerry Doyle <KDoyle@gands-us.com>; Stephen Antwine <santwine@gands-us.com>; david@zimmercitronclarke.com <david@zimmercitronclarke.com>; Julia Solomon-Strauss <julia@zimmercitronclarke.com>; Khaled Alrabe <khaled@nipnlg.org>; Sirine Shebaya <sirine@nipnlg.org>
**Subject:** RE: 1:25-cv-11109-PBS - Discovery Requests

**EXTERNAL SENDER**

Charlotte,

Are you handling the filing on Friday?

Regards,

Nancy

Senior Trial Attorney

DOJ OIL

(202) 532-3860

---

**From:** Mostertz, Charlotte E. <Charlotte.Mostertz@wilmerhale.com>
**Sent:** Tuesday, September 29, 2026 9:33 PM
**To:** Safavi, Nancy (CIV) <Nancy.Safavi@usdoj.gov>; Flentje, August (CIV) <August.Flentje@usdoj.gov>
**Cc:** Varghese, George <George.Varghese@wilmerhale.com>; Jaber, Asma S. <Asma.Jaber@wilmerhale.com>; Baird, Amanda N. <Amanda.Baird@wilmerhale.com>; Tuttle Newman, Jake <Jacob.TuttleNewman@wilmerhale.com>; Kerry Doyle <KDoyle@gands-us.com>; Stephen Antwine <santwine@gands-us.com>; david@zimmercitronclarke.com; Julia Solomon-Strauss <julia@zimmercitronclarke.com>; Khaled Alrabe <khaled@nipnlg.org>; Sirine Shebaya <sirine@nipnlg.org>
**Subject:** [EXTERNAL] RE: 1:25-cv-11109-PBS - Discovery Requests

Hi Nancy,

We think exchanging a draft report would be more appropriate after the M&C occurs, but if you have points you already know you would like to include, we would be happy to look at a draft.

Best,

Charlotte

**Charlotte E. Mostertz | WilmerHale**
+1 617 526 6029 (t)

---

**From:** Safavi, Nancy (CIV) <Nancy.Safavi@usdoj.gov>
**Sent:** Tuesday, September 29, 2026 10:20 AM
**To:** Mostertz, Charlotte E. <Charlotte.Mostertz@wilmerhale.com>; Flentje, August (CIV) <August.Flentje@usdoj.gov>
**Cc:** Varghese, George <George.Varghese@wilmerhale.com>; Jaber, Asma S. <Asma.Jaber@wilmerhale.com>; Baird, Amanda N. <Amanda.Baird@wilmerhale.com>; Tuttle Newman, Jake <Jacob.TuttleNewman@wilmerhale.com>; Kerry Doyle <KDoyle@gands-us.com>; Stephen Antwine <santwine@gands-us.com>; david@zimmercitronclarke.com; Julia Solomon-Strauss <julia@zimmercitronclarke.com>; Khaled Alrabe <khaled@nipnlg.org>; Sirine Shebaya <sirine@nipnlg.org>
**Subject:** RE: 1:25-cv-11109-PBS - Discovery Requests

**EXTERNAL SENDER**

Also, in terms of our joint status report, did you want to send an initial draft in advance of our meet and confer?

Regards,

Nancy

Senior Trial Attorney

DOJ OIL

(202) 532-3860

---

**From:** Mostertz, Charlotte E. <Charlotte.Mostertz@wilmerhale.com>
**Sent:** Tuesday, September 29, 2026 7:58 AM
**To:** Safavi, Nancy (CIV) <Nancy.Safavi@usdoj.gov>; Flentje, August (CIV) <August.Flentje@usdoj.gov>
**Cc:** Varghese, George <George.Varghese@wilmerhale.com>; Jaber, Asma S. <Asma.Jaber@wilmerhale.com>; Baird, Amanda N. <Amanda.Baird@wilmerhale.com>; Tuttle Newman, Jake <Jacob.TuttleNewman@wilmerhale.com>; Kerry Doyle <KDoyle@gands-us.com>; Stephen Antwine <santwine@gands-us.com>; david@zimmercitronclarke.com; Julia Solomon-Strauss <julia@zimmercitronclarke.com>; Khaled Alrabe <khaled@nipnlg.org>; Sirine Shebaya <sirine@nipnlg.org>
**Subject:** [EXTERNAL] RE: 1:25-cv-11109-PBS - Discovery Requests

Nancy,

We are available at 3:30 on Wednesday. I just sent you a calendar invitation.

Thanks,

Charlotte

---

**From:** Mostertz, Charlotte E.
**Sent:** Monday, September 28, 2026 9:01 PM
**To:** 'Safavi, Nancy (CIV)' <Nancy.Safavi@usdoj.gov>; Flentje, August (CIV) <August.Flentje@usdoj.gov>
**Cc:** Varghese, George <George.Varghese@wilmerhale.com>; Jaber, Asma S. <Asma.Jaber@wilmerhale.com>; Baird, Amanda N. <Amanda.Baird@wilmerhale.com>; Tuttle Newman, Jake <Jacob.TuttleNewman@wilmerhale.com>; Kerry Doyle <KDoyle@gands-us.com>;

Stephen Antwine <santwine@gands-us.com>; david@zimmercitronclarke.com; Julia Solomon-Strauss <julia@zimmercitronclarke.com>; Khaled Alrabe <khaled@nipnlg.org>; Sirine Shebaya <sirine@nipnlg.org>
**Subject:** RE: 1:25-cv-11109-PBS - Discovery Requests

Thank you, Nancy. I believe we are available between 3 and 4 pm EST on 9/30, but I will follow up with you to confirm first thing tomorrow morning.

Best,

Charlotte

**Charlotte E. Mostertz | WilmerHale**
+1 617 526 6029 (t)

---

**From:** Safavi, Nancy (CIV) <Nancy.Safavi@usdoj.gov>
**Sent:** Monday, September 28, 2026 8:32 PM
**To:** Mostertz, Charlotte E. <Charlotte.Mostertz@wilmerhale.com>; Flentje, August (CIV) <August.Flentje@usdoj.gov>
**Cc:** Varghese, George <George.Varghese@wilmerhale.com>; Jaber, Asma S. <Asma.Jaber@wilmerhale.com>; Baird, Amanda N. <Amanda.Baird@wilmerhale.com>; Tuttle Newman, Jake <Jacob.TuttleNewman@wilmerhale.com>; Kerry Doyle <KDoyle@gands-us.com>; Stephen Antwine <santwine@gands-us.com>; david@zimmercitronclarke.com; Julia Solomon-Strauss <julia@zimmercitronclarke.com>; Khaled Alrabe <khaled@nipnlg.org>; Sirine Shebaya <sirine@nipnlg.org>
**Subject:** RE: 1:25-cv-11109-PBS - Discovery Requests

**EXTERNAL SENDER**

I was just about to email you. What time works on 9/30? I'm available after 3 pm ET.

Regards,

Nancy

Senior Trial Attorney

DOJ OIL

(202) 532-3860

---

**From:** Mostertz, Charlotte E. <Charlotte.Mostertz@wilmerhale.com>
**Sent:** Monday, September 28, 2026 7:25 PM
**To:** Safavi, Nancy (CIV) <Nancy.Safavi@usdoj.gov>; Flentje, August (CIV) <August.Flentje@usdoj.gov>
**Cc:** Varghese, George <George.Varghese@wilmerhale.com>; Jaber, Asma S. <Asma.Jaber@wilmerhale.com>; Baird, Amanda N. <Amanda.Baird@wilmerhale.com>; Tuttle Newman, Jake <Jacob.TuttleNewman@wilmerhale.com>; Kerry Doyle <KDoyle@gands-us.com>; Stephen Antwine <santwine@gands-us.com>; david@zimmercitronclarke.com; Julia Solomon-Strauss <julia@zimmercitronclarke.com>; Khaled Alrabe <khaled@nipnlg.org>; Sirine Shebaya <sirine@nipnlg.org>
**Subject:** [EXTERNAL] RE: 1:25-cv-11109-PBS - Discovery Requests

Hi Nancy,

I hope you are well. I wanted to check in to see if you are still able to provide us with your availability for a meet and confer this week, as you indicated last Friday.

Thank you,

Charlotte

**Charlotte E. Mostertz | WilmerHale**
+1 617 526 6029 (t)

---

**From:** Mostertz, Charlotte E.
**Sent:** Friday, September 25, 2026 11:56 AM
**To:** 'Safavi, Nancy (CIV)' <Nancy.Safavi@usdoj.gov>; Flentje, August (CIV) <August.Flentje@usdoj.gov>
**Cc:** Varghese, George <George.Varghese@wilmerhale.com>; Jaber, Asma S. <Asma.Jaber@wilmerhale.com>; Baird, Amanda N. <Amanda.Baird@wilmerhale.com>; Tuttle Newman, Jake <Jacob.TuttleNewman@wilmerhale.com>; Kerry Doyle <KDoyle@gands-us.com>; Stephen Antwine <santwine@gands-us.com>; david@zimmercitronclarke.com; Julia Solomon-Strauss <julia@zimmercitronclarke.com>; Khaled Alrabe <khaled@nipnlg.org>; Sirine Shebaya <sirine@nipnlg.org>
**Subject:** RE: 1:25-cv-11109-PBS - Discovery Requests

Thanks, Nancy. We will look out for your email on Monday.

---

**From:** Safavi, Nancy (CIV) <Nancy.Safavi@usdoj.gov>
**Sent:** Friday, September 25, 2026 11:50 AM
**To:** Mostertz, Charlotte E. <Charlotte.Mostertz@wilmerhale.com>; Flentje, August (CIV) <August.Flentje@usdoj.gov>
**Cc:** Varghese, George <George.Varghese@wilmerhale.com>; Jaber, Asma S. <Asma.Jaber@wilmerhale.com>; Baird, Amanda N. <Amanda.Baird@wilmerhale.com>; Tuttle Newman, Jake <Jacob.TuttleNewman@wilmerhale.com>; Kerry Doyle <KDoyle@gands-us.com>; Stephen Antwine <santwine@gands-us.com>; david@zimmercitronclarke.com; Julia Solomon-Strauss <julia@zimmercitronclarke.com>; Khaled Alrabe <khaled@nipnlg.org>; Sirine Shebaya <sirine@nipnlg.org>
**Subject:** Re: 1:25-cv-11109-PBS - Discovery Requests

**EXTERNAL SENDER**

Charlotte, I am in receipt of your email. And I can confirm that I will be able to meet and confer with you next week. I will be in touch by late Monday afternoon. Thank you for your patience here.

Get Outlook for iOS

---

**From:** Mostertz, Charlotte E. <Charlotte.Mostertz@wilmerhale.com>
**Sent:** Friday, 25 September 2026 08:37:22
**To:** Safavi, Nancy (CIV) <Nancy.Safavi@usdoj.gov>; Flentje, August (CIV) <August.Flentje@usdoj.gov>
**Cc:** Varghese, George <George.Varghese@wilmerhale.com>; Jaber, Asma S. <Asma.Jaber@wilmerhale.com>; Baird, Amanda N. <Amanda.Baird@wilmerhale.com>; Tuttle Newman, Jake <Jacob.TuttleNewman@wilmerhale.com>; Kerry Doyle <KDoyle@gands-us.com>; Stephen Antwine <santwine@gands-us.com>; david@zimmercitronclarke.com <david@zimmercitronclarke.com>; Julia Solomon-Strauss <julia@zimmercitronclarke.com>; Khaled Alrabe <khaled@nipnlg.org>; Sirine Shebaya <sirine@nipnlg.org>
**Subject:** [EXTERNAL] RE: 1:25-cv-11109-PBS - Discovery Requests

Counsel,

We received Nancy's automated message indicating she is traveling for work through next Friday. Given her representations during our hearing last week that she would be available to attend a meet and confer by September 30, we assume that this travel will not impact our ability to meet pursuant to the Court's order. To that end, we wanted to reach out again to schedule a call so that we can submit a joint status report regarding Plaintiffs' discovery requests by October 2, as the Court requested. Please let us know by end of business today when you will be available to meet and confer next week.

Thank you,

Charlotte

**Charlotte E. Mostertz | WilmerHale**
+1 617 526 6029 (t)

---

**From:** Mostertz, Charlotte E. <Charlotte.Mostertz@wilmerhale.com>
**Sent:** Wednesday, September 23, 2026 5:00 PM
**To:** Safavi, Nancy (CIV <Nancy.Safavi@usdoj.gov>; Flentje, August (CIV) <august.flentje@usdoj.gov>
**Cc:** Varghese, George <George.Varghese@wilmerhale.com>; Jaber, Asma S. <Asma.Jaber@wilmerhale.com>; Baird, Amanda N. <Amanda.Baird@wilmerhale.com>; Tuttle Newman, Jake <Jacob.TuttleNewman@wilmerhale.com>; Kerry Doyle <KDoyle@gands-us.com>; Stephen Antwine <santwine@gands-us.com>; david@zimmercitronclarke.com; Julia Solomon-Strauss <julia@zimmercitronclarke.com>; Khaled Alrabe <khaled@nipnlg.org>; Sirine Shebaya <sirine@nipnlg.org>
**Subject:** 1:25-cv-11109-PBS - Discovery Requests

Counsel,

Attached please find:

1. Plaintiffs' Requests for Production to Defendants
2. Plaintiffs' Interrogatory Requests to Defendants
3. Plaintiffs' 30(b)(6) Notice to Defendant Department of Homeland Security
4. Plaintiffs' 30(b)(6) Notice to Defendant Department of State

As noted in our hearing, we will also file these requests with the Court. In addition, by this Friday (September 25) please let us know of your availability for a meet and confer next week.

Thank you,

Charlotte

**Charlotte E. Mostertz | WilmerHale**
She/Hers
60 State Street
Boston, MA 02109 USA
+1 617 526 6029 (t)
+1 617 526 5000 (f)
charlotte.mostertz@wilmerhale.com

**One Firm. One Legacy.**

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at https://www.wilmerhale.com.