**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| PRESIDENTS' ALLIANCE ON HIGHER EDUCATION AND IMMIGRATION; and ASSOCIATION OF INDEPENDENT COLLEGES AND UNIVERSITIES IN MASSACHUSETTS<br><br>*Plaintiffs*,<br><br>v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; DAVID VENTURELLA, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; the DEPARTMENT OF HOMELAND SECURITY; MARCO RUBIO, in his official capacity as Secretary of State; and the DEPARTMENT OF STATE,<br><br>*Defendants*. | Case No. 25-cv-11109-PBS |

**PLAINTIFFS' OPPOSITION TO DEFENDANTS'**
**<u>MOTION FOR AN EXTENSION OF TIME</u>**

Plaintiffs Presidents' Alliance on Higher Education and Immigration and Association of Independent Colleges and Universities in Massachusetts submit this opposition to the government's motion (Dkt. 98) filed early this morning (October 6, 2026, at 1:55 AM), which seeks a seven-day extension to last Friday's deadline for the filing of its portion of a Joint Status Report regarding "the status of discovery and any agreement to supplement the administrative record." Dkt. 93.

Plaintiffs acknowledge government counsel's representations regarding the difficulty of representing multiple government agencies as their sole counsel of record in this case, *cf.* Dkt. 98, but the government's failure to meet *every* court-ordered deadline over the past several months has left Plaintiffs with no choice but to oppose requests for extensions of time that have become the rule, rather than the exception, in this matter. The docket in this case amply demonstrates the issue. *See* Dkts. 59, 67, 76, 81, 95, 98, 98-1.

While Plaintiffs are sympathetic to the position in which government counsel is in, discovery in this matter is long overdue and the government has demonstrated that—absent clear and repeated directives from this Court—it will not voluntarily take the requisite steps to allow this case to move forward. As stated in Plaintiff's timely filed Status Report (Dkt. 95), during the court-ordered meet and confer on September 30, 2026, the government provided no substantive positions in response to Plaintiffs' written discovery, asserting that it generally objected and would follow up in writing. It did not do so. The government has likewise provided no indication that it intends to supplement the deficient Administrative Record, *see* Dkt. 95; *see also* Dkt. 98, and still has not substantively responded to the written discovery served on September 23. The government may not hide behind its own staffing decision as a basis to repeatedly fail to satisfy its obligations under the Administrative Procedure Act, fail to meet deadlines ordered by this Court, and fail to satisfy its basic discovery obligations despite the Court's unambiguous order allowing discovery.

Therefore, Plaintiffs respectfully request that this Court enter the Proposed Order that accompanied Plaintiffs' Status Report filed in compliance with the Court's deadline (Dkt. 95-1).

Respectfully submitted,

/s/ *George P. Varghese*
George P. Varghese (MA BBO # 706861)
Jacob Tuttle Newman (MA BBO # 712110)
Charlotte Mostertz (MA BBO # 707537)
Asma Jaber (MA BBO # 707322)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Phone: (617) 526-6000
george.varghese@wilmerhale.com
jacob.tuttlenewman@wilmerhale.com
charlotte.mostertz@wilmerhale.com
asma.jaber@wilmerhale.com

*Counsel for Plaintiffs Presidents' Alliance on Higher Education and Immigration and Association of Independent Colleges and Universities in Massachusetts*

Sirine Shebaya (D.C. Bar # 1019748)*
Khaled Alrabe (Cal. Bar # 349899)*
NATIONAL IMMIGRATION PROJECT
1763 Columbia Road NW
Suite 175 #896645
Washington, DC 20009
Phone: (617) 227-9727
Fax: (617) 227-5495
sirine@nipnlg.org
khaled@nipnlg.org

Kerry E. Doyle (MA BBO # 565648)
Stephen J. Antwine (Pa. Bar # 309379)*
GREEN & SPIEGEL, LLC
1524 Delancey Street, Floor 4
Philadelphia, PA 19102
Phone: (215) 395-8959
Fax: (215) 330-5311
kdoyle@gands-us.com
santwine@gands-us.com

*Counsel for Plaintiffs Presidents' Alliance on Higher Education and Immigration and Association of Independent Colleges and Universities in Massachusetts*

David Zimmer (MA BBO #692715)
Julia Solomon-Strauss (MA BBO #718481)
ZIMMER, CITRON & CLARKE LLP
711 Atlantic Avenue, 6th Floor
Boston, MA 02111
Phone: (617) 676-9421
dzimmer@zimmercitronclarke.com
julia@zimmercitronclarke.com

*Counsel for Plaintiff Presidents' Alliance on Higher Education and Immigration*

**Motion for admission pro hac vice granted*

Dated: October 6, 2026

**CERTIFICATE OF SERVICE**

I, George P. Varghese, certify that a copy of the foregoing document was served on all parties who have appeared through the Court's electronic docketing system.

Date: October 6, 2026 *[/s/ George P. Varghese]*